# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| <u>NO</u>- INTERPRETER NEEDED | : | IA/AC |
| | | May 20, 2013 |
| Date of Arrest: May 18, 2013 | : | ESR OPERATOR: Rosalind Burton-Hoop |
| UNITED STATES OF AMERICA | : | AUSA Richard Goldberg |
| v. | : | Criminal No: 13-635-M |
| ADAM KOKESH | : | Fed. Def. Assoc. - Appointed (Felicia Sarner, Esq., was present) |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

**[X] The Government's Motion for Temporary Detention is Granted. A detention hearing and probable cause hearing will be held on May 23, 2013 before the undersigned at 1:30 p.m.**

[] The Defendant stipulated to pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[] Other:

[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.
[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.

BY:

/s/ TJR
THOMAS J. RUETER
U.S. MAGISTRATE JUDGE

**TIME IN COURT: <u>10 MINUTES</u>**

*(Form Revised December, 2007)*