IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | MAGISTRATE NUMBER 13-635-1 |
| | : | |
| | : | |
| ADAM KOKSEH | : | |

### ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

Respectfully submitted,

/s/ *James J. McHugh, Jr.*
JAMES J. McHUGH, JR.
Assistant Federal Defender

## CERTIFICATE OF SERVICE

      I, James J. McHugh, Jr., Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of Entry of Appearance on behalf of Defendant, to be filed and served electronically through Eastern District Clerk's Office Electronic Case Filing and/or by hand delivery upon Richard Goldberg, Assistant United States Attorney, Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania, 19106.


                                                /s/ *James J. McHugh, Jr.*
                                                JAMES J. McHUGH, JR.
                                                Assistant Federal Defender

DATE:       May 22, 2013