IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| **NO**- INTERPRETER NEEDED | : | PC/PTD |
| | | May 23, 2013 |
| Date of Arrest: May 18, 2013 | : | ESR OPERATOR: Nelson Malave |
| UNITED STATES OF AMERICA | : | AUSA Richard Goldberg |
| v. | : | Criminal No: 13-635-M |
| ADAM KOKESH | : | James McHugh, Esquire |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A detention hearing and probable cause hearing will be held on

[] The Defendant stipulated to pretrial detention.

**[X] The Government's Motion for Pretrial Detention is Granted (see attached Order).**

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

**[X] Other: A status hearing is scheduled for May 28, 2013 before Chief Magistrate Judge Carol Sandra Moore Wells at 1:30 p.m., Courtroom 5-A.**

**[X] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.**
*[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.*

BY:

*/s/ Thomas J. Rueter*
THOMAS J. RUETER
U.S. MAGISTRATE JUDGE

**TIME IN COURT: <u>1 Hour</u>**

*(Form Revised December, 2007)*