IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NUMBER |
| v. | : | |
| ADAM KOKESH[1] | : | 13-635-M |

**O R D E R**

AND NOW, this 23rd day of May, 2013, upon consideration of the Government's motion for detention, and after a hearing held today, it is hereby

**ORDERED**

that the motion is **GRANTED** due to defendant's refusal to provide his current address, phone number and other essential information to Pretrial Services ("PTS"). However, should defendant furnish PTS with his current address, phone number and other essential information and this information is verified by PTS, the court shall schedule a hearing to set conditions of release.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge

---

[1] If the Federal Defender Association is to continue its representation of defendant, the defendant is required to complete a Financial Affidavit to determine his eligibility for a court-appointed lawyer.