IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NUMBER |
| v. | : | |
| ADAM KOKESH | : | 13-635-M |

### **O R D E R**

AND NOW, this 23rd day of May, 2013, after a preliminary hearing held this day, pursuant to Federal Rule of Criminal Procedure 5.1, the court finds that there is probable cause to believe that defendant committed a violation of 18 U.S.C. § 111, in that the record made at the hearing shows that defendant did impede and interfere with National Park Service Rangers' attempt to arrest a person who was committing a crime, to wit possessing marijuana at the Independence National Historical Park.  Therefore, defendant shall be required to appear for further proceedings.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge