IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                 :

v.                                       :          MAGISTRATE NO.  13-635-M

                                         :

ADAM KOKESH

ORDER

AND NOW, this 24th day of May, 2013, based on the government's unopposed

motion, the complaint in this matter is dismissed and the defendant is released from custody.

BY THE COURT:

_____

HONORABLE ELIZABETH T. HEY
United States Magistrate Judge

2 cc - U.S. Atty.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA              :

     v.                              :            MAGISTRATE NO.  13-635-M

ADAM KOKESH                          :


## GOVERNMENT'S MOTION TO DISMISS COMPLAINT

     The United States, by undersigned counsel, hereby moves the Court, in the interests of justice, to dismiss the complaint in the above-captioned matter.  Counsel for defendant, has no objection to this motion.  The government respectfully requests that the Court enter the attached order.

     Respectfully submitted,

     ZANE DAVID MEMEGER
     United States Attorney


     /s/
     _____

     RICHARD GOLDBERG
     Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I certify that a copy of the Government's Motion was served by fax transmission on the following defense counsel:

James McHugh, Federal Defenders


RICHARD GOLDBERG
Assistant United States Attorney

Date:   May 24, 2013