442 (Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v.
ADAM KOKESH

WARRANT FOR ARREST

CASE NUMBER: 13 ᴇ 635 M

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ADAM KOKESH

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment ___ Information ___ X Complaint ___ Order of court ___ Violation notice ___ Probation violation petition

charging him or her with (brief description of offense)

Assaulting, Resisting, and Impeding Federal Officers.

In violation of Title 18 United States Code, Section(s) 111

Honorable THOMAS J. RUETER
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_Thomas J. Rueter_
Signature of Issuing Officer

5/20/13   Philadelphia, PA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 5-20-13 | NAME AND TITLE OF ARRESTING OFFICER<br>Donald Reed, Law Enforcement Specialist, National Park Service | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 5-20-13 | | |

R Goldberg Authorizing